**Dismiss and Opinion Filed December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01125-CV**

**YERMA RICE, Appellant**
**V.**
**PINWELL INVESTMENTS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04268-D**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Bridges

Despite being directed to file her brief on the merits by September 28, 2013 and being cautioned the appeal would be dismissed if the brief was not filed, appellant Yerma Rice has not filed her brief or otherwise communicated with the Court. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c). Accordingly, we dismiss the appeal. *See id.* 38.8(a), 42.3(b), (c).

121125F.P05

/ David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YERMA RICE, Appellant

No. 05-12-01125-CV        V.

PINWELL INVESTMENTS, LLC, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-04268-D.
Opinion delivered by Justice Bridges.
Justices Moseley and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Pinwell Investments, LLC recover its costs, if any, of this appeal and the full amount of the trial court's judgment from appellant Yerma Rice and from the cash deposit in lieu of supersedeas bond. After the judgment and all costs have been paid, we **DIRECT** the clerk of the trial court to release the balance, if any, of any cash deposit in lieu of supersedeas bond to the person who made the deposit.

Judgment entered December 13, 2013

/ David L. Bridges/.
DAVID L. BRIDGES
JUSTICE